```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    23cr513(DLC)
                                         :
            -v-                          :    ORDER
                                         :
DONTE PRATT,                             :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

 For the reasons stated on the record during today's conference, it is hereby

 ORDERED that the conditions of pretrial release are modified to include drug testing by Pretrial Services at least once per month.

Dated: New York, New York
   October 5, 2023

              _____
                 DENISE COTE
             United States District Judge