UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

DONTE PRATT,

             Defendant.

CASE NO.: 23 Cr. 513 (DLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Monday, November 6, 2023 is RESCHEDULED to **tomorrow, November 7, 2023 at 4:00 pm** on the Court's conference line. The parties, including Mr. Pratt, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            November 6, 2023

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**