# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 6, 2023

*[Handwritten: Without more detail, this request is denied. Denise Cote 12/6/23]*

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Donte Pratt**
**23 Cr. 513 (DLC)**

Dear Judge Cote:

I write, as counsel for Donte Pratt in the above-captioned matter, to respectfully request a 45-day adjournment of Mr. Pratt's sentencing hearing, currently scheduled for January 19, 2024 at 11:00 am, and a corresponding extension of sentencing submission deadlines. This is Mr. Pratt's first request for an adjournment of sentencing. The government defers to the Court regarding this request.

An adjournment is necessary to ensure the effective representation of Mr. Pratt at sentencing. The defense is still awaiting an expert report reflecting a forensic evaluation of Mr. Pratt, which we expect to weigh heavily at sentencing. In addition, I am scheduled to begin a trial before Judge Liman on January 8, 2024. Mr. Pratt's sentencing submission is currently due on January 5, 2024.

Given defense counsel's trial schedule and the pending expert report for mitigation, an adjournment is necessary to ensure the effective representation of Mr. Pratt at sentencing.

Hon. Denise L. Cote

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Donte Pratt*

cc: Counsel of record

**SO ORDERED:**

_____
**THE HONORABLE DENISE L. COTE**
United States District Judge

2