UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

DONTE PRATT,

                Defendant.

CASE NO.: 23 Cr. 513 (DLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, January 29, 2024 at 9:00 am** on the

Court's conference line.  The parties, including Mr. Pratt, are directed to call: (866) 390-1828;

access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           January 22, 2024

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**