UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DONTE PRATT,

                Defendant.

CASE NO.: 23 Cr. 513 (DLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Monday, January 29, 2024 is RESCHEDULED to **February 16, 2024 at 9:30 am** on the Court's conference line. The parties, including Mr. Pratt, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            January 29, 2024

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**