# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 29, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement:]* With prior approval from the Pretrial or Probation Office supervising him, the defendant may spend up to three hours per day at the hospital.
/s/ Denise Cote
1/29/24

Re: **United States v. Donte Pratt**
    **23 Cr. 513 (DLC)**

Dear Judge Cote:

We write, with the consent of pretrial services, to respectfully request that the Court temporarily modify Donte Pratt's bail conditions to allow him to spend time with his partner and their newborn son at the hospital until they are discharged. The government does not object to this request.

On March 24, 2023, Mr. Pratt was presented in Magistrate Court. Following a contested bail hearing, Magistrate Judge Cave set the following bail conditions:[1]

> $75,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; home incarceration at mother's home in the Bronx enforced by location monitoring technology; continue or start an education program; surrender all travel documents with no new applications; travel restricted to the Southern District of New York, the Eastern District of New York, and the District of New Jersey for court appearances only; attend all court dates for this and any other proceedings; avoid all contact, direct or in direct, with any person who is or may be a victim or witness in the investigation; mental health evaluation and treatment; not possess a firearm, destructive device, or other weapon; not

---

[1] On May 16, 2023, Judge Cave endorsed Mr. Pratt's request to reside with his longtime girlfriend and bond co-signer, Latifa Ruiz, after pretrial services determined that Ms. Ruiz's residence was suitable for Mr. Pratt's home incarceration.

Hon. Denise L. Cote

> possess personal identification information of any other person; must not open any new bank accounts or lines of credit without prior notice to and permission of pretrial services; consent to pretrial services search of cellphone during home visits; speak with Judge Cave within 24 hours of release and have weekly calls with Judge Cave thereafter.

Mr. Pratt was released on his own signature and complied with all conditions of release shortly thereafter.

On October 5, 2023, Mr. Pratt was arraigned on an Information and pled guilty before Your Honor to theft of government funds. In addition to the above conditions of release, the Court ordered Mr. Pratt to submit to drug testing by pretrial services. Mr. Pratt has since been drug tested three times, on October 13, November 2, 2023, and January 19, 2024. Each time, he tested negative for any illicit substances. On January 19, 2024, this Court sentenced Mr. Pratt to 46 months' incarceration with a voluntary surrender date of March 1, 2024.

Since his presentment on March 24, 2023, Mr. Pratt has participated in 15 check-in phone calls with the government, pretrial services, and Judge Cave as directed. During each of these calls, including the most recent, pretrial services reports that Mr. Pratt remains in full compliance with the conditions of release and "is doing everything that's asked of him." Specifically, for months, Mr. Pratt has been attending GED courses and is enrolled in pretrial service's Focus Forward program. He is also actively engaged in mental health counseling and treatment at Argus Community, Inc. in the Bronx. He has not violated any of his location monitoring requirements.

In December 2023, at Mr. Pratt's request, the Court granted Mr. Pratt permission to spend four hours at his mother's home in the Bronx on Christmas Day.

On Friday, January 26, pretrial services conducted a home visit with Mr. Pratt without issue. A few days later, around 3:00 am this morning, Mr. Pratt contacted pretrial services after his partner, with whom he lives, went into labor. Mr. Pratt requested permission to take his partner to the hospital, where she gave birth to a healthy baby boy a few hours later.

Mr. Pratt's partner and newborn son are expected to be discharged from the hospital the morning of Wednesday, January 31. Accordingly, Mr. Pratt respectfully requests permission to visit his partner and their baby during the day while they are hospitalized, with prior approval from pretrial services. Mr. Pratt also requests permission to be at the hospital when his partner and baby are discharged so he may help get them home. Pretrial consents to this request. The government does not object to this request.

Hon. Denise L. Cote

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Michael Arthus, Esq.

*Counsel for Donte Pratt*

cc: Counsel of record

**SO ORDERED:**

_____
**THE HONORABLE DENISE L. COTE**
United States District Judge

3